NIXEN *against* HALLETT AND BOWNE.

Where a material witness for the plaintiff unexpectedly went abroad, so that he could not be subpœnaed at the trial, it was held a sufficient excuse for the plaintiff, for not proceeding to trial pursuant to his stipulation.

PENDLETON, for the defendants, moved for judgment, as in case of nonsuit, in this cause, as the plaintiff did not try the cause at the last November circuit, pursuant to his stipulation.

*Troup*, contra, read an affidavit, stating that a material witness for the plaintiff, residing in New York, went on a voyage to sea, some time in October, which was not known to the plaintiff, or his attorney, until the beginning of November, when it was too late to procure his attendance at the circuit; but that he was expected to return before the next circuit.

*Per Curiam.* We think the plaintiff has shown a sufficient excuse for not proceeding to trial; and he may stipulate anew, on payment of the costs of the last circuit.

Motion denied.(*a*)

(*a*) See note (*a*) to *Torrey* v. *Morehouse, supra,* vol. 1, p. 242. Also, Gra. Prac. 619, 620.